| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | REBECCA A. HULL   (Bar No. 99802) |
| 2 | TARA L. RIEDLEY   (Bar No. 236508) |
| | One Market Plaza |
| 3 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 5 | rebecca.hull@sdma.com |
| | tara.riedley@sdma.com |
| 6 | Attorneys for Defendants |
| | GENENTECH, INC. and |
| 7 | GENENTECH INC. GROUP LONG |
| | TERM DISABILITY BENEFIT PLAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BEERMAN, | CASE NO. C 06 0827 MMC |
| Plaintiff, | **DEFENDANTS' SUBSTITUTION OF COUNSEL** |
| v. | |
| GENENTECH, INC.; GENENTECH INC. GROUP LONG TERM DISABILITY BENEFIT PLAN; and DOES 1 through 50, inclusive, | |
| Defendants. | |

TO THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Genentech, Inc. and Genentech Inc. Group Long Term Disability Benefit Plan hereby substitute:

> SEDGWICK, DETERT, MORAN & ARNOLD
> Rebecca A. Hull, Esq.
> Tara L. Riedley, Esq.
> One Market Plaza, Steuart Tower, 8th Floor
> San Francisco, California  94105
> Telephone:   (415) 781-7900
> Facsimile:    (415) 781-2635

as their attorneys of record in the above-entitled action in place and instead of:

1  WILSON SONSINI GOODRICH & ROSATI
   Marina C. Tsatalis, Esq.
2  Marvin Dunson III, Esq.
   650 Page Mill Road
3  Palo Alto, California 94304
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5

6   Genentech, Inc. and Genentech Inc. Group Long Term Disability Benefit Plan hereby

7  accept and consent to this Substitution of Counsel.

8  DATED: March 31, 2006          GENENTECH, INC. and
                                  GENENTECH INC. GROUP LONG TERM DISABILITY
9

10                                  _____/s/_____

11                                  By:  Wendy L. Kosanovich
                                    Title: Senior Corporate Counsel
12

13   On behalf of WILSON SONSINI GOODRICH & ROSATI, I consent to this substitution.

14  DATED: March 31, 2006          WILSON SONSINI GOODRICH & ROSATI

15

16                                  _____/s/_____
                                    By: Marina Tsatalis
17

18
     On behalf of SEDGWICK, DETERT, MORAN & ARNOLD LLP, I accept the foregoing
19
    substitution.
20
    DATED: March 31, 2006          SEDGWICK, DETERT, MORAN & ARNOLD LLP
21

22

23                                  _____/s/_____
                                    By: Rebecca A. Hull
24

25   Dated: April 3, 2006

26                           IT IS SO ORDERED
27                           Judge Maxine M. Chesney

28

SF/1327227v1                         -2-                    CASE NO. C 06 0827 MMC
                           DEFENDANT'S SUBSTITUTION OF COUNSEL