IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BEERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>GENENTECH, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-06-0827 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On October 27, 2006, defendants electronically filed their opposition to plaintiff's Motion for Ruling on the Standard of Review, along with a supporting declaration. Defendants have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendants are hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting chambers copies of the above-referenced documents. Defendants are hereby advised that if they fail in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the

1 | Court may impose sanctions, including, but not limited to, striking from the record any
2 | electronically-filed document of which a chambers copy has not been timely provided to the
3 | Court.
4 | **IT IS SO ORDERED.**
5 | Dated: November 7, 2006

_____
MAXINE M. CHESNEY
United States District Judge