TEAL & MONTGOMERY
MICHAEL S. HENDERSON  (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California 95404
Telephone: (707) 525-1212
Facsimile: (707) 544-1388

Attorneys for Plaintiff
SUSAN BEERMAN


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL   (Bar No. 99802)
TARA L. RIEDLEY   (Bar No. 236508)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       tara.riedley@sdma.com

Attorneys for Defendants
GENENTECH, INC. and
GENENTECH INC. GROUP LONG
TERM DISABILITY BENEFIT PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BEERMAN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>GENENTECH, INC.; GENENTECH INC. GROUP LONG TERM DISABILITY BENEFIT PLAN; and DOES 1 through 50, inclusive,<br><br>　　　Defendants. | CASE NO. C 06-00827 MMC<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION |

WHEREAS, plaintiff Susan Beerman and defendants Genentech, Inc. and Genentech, Inc. Group Long Term Disability Benefit Plan (collectively "the parties") were initially ordered to complete mediation by August 10, 2006;

1  WHEREAS, the parties previously filed a stipulation with the Court requesting an
2  extension of time to complete mediation to December 1, 2006, on grounds that the parties dispute
3  the applicable standard of review to be applied in this action, which arises under the Employee
4  Retirement Income Security Act ("ERISA"), 29 U.S.C. section 1001 et seq., and believe that the
5  issue of which standard of review will be applied could materially effect the negotiating positions
6  of the parties and should be determined before the mediation;

7  WHEREAS, on July 24, 2006, the Court approved the stipulation and ordered that the
8  mediation deadline would be continued to December 1, 2006 and the deadline for plaintiff to file
9  a motion for ruling on the standard of review would be continued to October 15, 2006;

10  WHEREAS, plaintiff's motion for a ruling on the standard of review was filed
11  accordingly and has been fully briefed, but the Court has not yet issued a ruling;

12  WHEREAS, the matter has been assigned to mediator Jeffrey G. Lewis and the parties
13  (through counsel) are endeavoring to identify a mutually-available mediation date, but anticipate
14  that they will not be able to complete the mediation by the current deadline;

15  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
16  grant an extension of the deadline for completing the mediation to January 31, 2007.

Dated: November 29, 2006         TEAL & MONTGOMERY

                                 /s/ Michael S. Henderson
                                 Michael S. Henderson
                                 Attorneys for Plaintiff, Susan Beerman

Dated: November 30, 2006         SEDGWICK DETERT MORAN & ARNOLD, LLP

                                 /s/ Tara L. Riedley
                                 Tara L. Riedley
                                 Attorneys for Defendants, Genentech, Inc., and
                                 Genentech, Inc. Group Long Term Disability
                                 Benefit Plan

IT IS SO ORDERED.

DATED: December 1, 2006

                                 _____
                                 Hon. Maxine M. Chesney
                                 United States District Judge