TEAL & MONTGOMERY
MICHAEL S. HENDERSON  (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California 95404
Telephone:  (707) 525-1212
Facsimile:  (707) 544-1388

Attorneys for Plaintiff
SUSAN BEERMAN


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL   (Bar No. 99802)
MICHAEL N. WESTHEIMER (Bar No. 178938)
TARA L. RIEDLEY   (Bar No. 236508)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com
       tara.riedley@sdma.com

Attorneys for Defendants
GENENTECH, INC. and
GENENTECH INC. GROUP LONG
TERM DISABILITY BENEFIT PLAN


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BEERMAN, | CASE NO. C 06-00827 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE CROSS-MOTIONS ON THE MERITS |
| v. | |
| GENENTECH, INC.; GENENTECH INC. GROUP LONG TERM DISABILITY BENEFIT PLAN; and DOES 1 through 50, inclusive, | |
| Defendants. | |

WHEREAS, at the case management conference in the above action on May 12, 2006, the Court directed plaintiff Susan Beerman and defendants Genentech, Inc. and Genentech, Inc. Group Long Term Disability Benefit Plan (collectively "the parties") to file opening briefs for

1  cross-motions on the merits by January 12, 2007;

2  WHEREAS the parties previously stipulated, and the Court previously ordered, that the

3  deadline for completing mediation would be extended to January 31, 2007;

4  WHEREAS the parties had difficulty identifying a mutually available date to participate

5  in the mediation due to press of business and vacation schedules, and have now set the mediation

6  to take place on the mutually-available date of January 23, 2007;

7  WHEREAS, in the interest of judicial economy and conserving the resources of the

8  parties and the Court, the parties wish to participate in the mediation before incurring the time

9  and expense of preparing and filing opening briefs for cross-motions on the merits;

10  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court

11  grant an extension of the briefing schedule for cross-motions on the merits, so that the date by

12  which the parties are to file their opening briefs is extended to February 9, 2007.

13  Dated: December 20, 2006                TEAL & MONTGOMERY

15                                          /s/ Michael S. Henderson
                                            Michael S. Henderson
16                                          Attorneys for Plaintiff, Susan Beerman

18  Dated: December 20, 2006                SEDGWICK DETERT MORAN & ARNOLD, LLP

20                                          /s/ Michael N. Westheimer
                                            Rebecca A. Hull
21                                          Michael N. Westheimer
22                                          Tara L. Riedley
                                            Attorneys for Defendants, Genentech, Inc., and
23                                          Genentech, Inc. Group Long Term Disability
                                            Benefit Plan
24  IT IS SO ORDERED.

25  DATED: December 20, 2006

                                            _____
27                                          Hon. Maxine M. Chesney
                                            United States District Judge

-2-                                         CASE NO. C 06-00827 MMC
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE CROSS-MOTIONS ON THE MERITS