Dated: March 21, 2007

1  TEAL & MONTGOMERY
   MICHAEL S. HENDERSON  (Bar No. 175608)
2  815 Fifth Street, Suite 200
   Santa Rosa, California  95404
3  Telephone:  (707) 525-1212
   Facsimile:  (707) 544-1388
4
   Attorneys for Plaintiff
5  SUSAN BEERMAN

6

   SEDGWICK, DETERT, MORAN & ARNOLD LLP
7  REBECCA A. HULL   (Bar No. 99802)
   MICHAEL N. WESTHEIMER (Bar No. 178938)
8  One Market Plaza
   Steuart Tower, 8th Floor
9  San Francisco, California 94105
   Telephone: (415) 781-7900
10 Facsimile: (415) 781-2635
   Email: rebecca.hull@sdma.com
11         michael.westheimer@sdma.com

12 Attorneys for Defendants
   GENENTECH, INC. and
13 GENENTECH INC. GROUP LONG
   TERM DISABILITY BENEFIT PLAN
14

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 | SUSAN BEERMAN,                          | CASE NO. C 06-00827 MMC
19 |       Plaintiff,                        | **STIPULATION OF DISMISSAL WITH PREJUDICE**
20 |   v.                                    | 
   |                                         | [F.R.C.P. 41(a)(1)]
21 | GENENTECH, INC.; GENENTECH INC.         |
   | GROUP LONG TERM DISABILITY              |
22 | BENEFIT PLAN; and DOES 1 through 50,    |
   | inclusive,                              |
23 |                                         |
   |       Defendants.                       |
24

25

26      IT IS HEREBY STIPULATED by and between the parties to this action, through their

27 respective counsel of record, that the above-captioned action be and hereby is dismissed with

28 prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party

IT IS SO ORDERED
Maxine M. Chesney
Judge Maxine M. Chesney

1 shall bear her or its own costs and attorneys' fees.

2 Dated: March 20, 2007     TEAL & MONTGOMERY

Michael S. Henderson
Attorneys for Plaintiff, Susan Beerman

Dated: March 20, 2007     SEDGWICK DETERT MORAN & ARNOLD, LLP

Rebecca A. Hull
Michael N. Westheimer
Tara L. Riedley
Attorneys for Defendants, Genentech, Inc., and Genentech, Inc. Group Long Term Disability Benefit Plan

-2-     CASE NO. C 06-00827 MMC
STIPULATION OF DISMISSAL WITH PREJUDICE